No. 26-13824-A

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

BENJAMIN TARVER,
*Plaintiff-Appellant,*

v.

REPUBLIC FINANCE, LLC,
*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the Middle District of Florida, No. 6:26-cv-00986-AGM-NWH

---

**APPELLEE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

---

Christopher K. Walker
Balch & Bingham LLP
50 N. Laura St., Suite 2100
Jacksonville, FL 32202
904-348-6879
cwalker@balch.com

*Counsel for Republic Finance, LLC*

No. 26-13824-A
*Tarver v. Republic Finance, LLC*
United States Court of Appeals for the Eleventh Circuit

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Under Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, -2, and -3, Appellee, Republic Finance, LLC, submits this Certificate of Interested Persons and Corporate Disclosure Statement. Republic Finance, LLC discloses the following potentially interested parties:

**Balch & Bingham, LLP,** law firm of counsel for Republic Finance, LLC;

**Hill, Nathan W, Magistrate Judge,** Magistrate Judge, Middle District of Florida, Orlando Division;

**Moe, Anne-Leigh Gaylord, Judge,** District Court Judge, Middle District of Florida, Orlando Division;

**Republic Finance, LLC,** Appellee;

**RFNA, LP,** Owns 100% of Republic Finance, LLC's ownership interest;

**Tarver, Benjamin,** *pro se* Appellant; and

**Walker, Christopher K.,** Counsel for Appellee.

No. 26-13824-A
*Tarver v. Republic Finance, LLC*
United States Court of Appeals for the Eleventh Circuit

**Statement Regarding Publicly Traded Companies**

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

*/s/ Christopher K. Walker*
Christopher K. Walker
Balch & Bingham, LLP
50 N. Laura St., Suite 2100
Jacksonville, FL 32202
(904) 348-6879
cwalker@balch.com

*Counsel for Republic Finance, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October 2026, I have electronically filed the foregoing Appellee's Certificate of Interested Persons and Corporate Disclosure Statement with the Court of Appeals Clerk using the CM/ECF Document Filing System, which will send a notice of filing to all registered users, and via U.S. Mail to Benjamin Tarver at 450 South Orange Ave., 3rd Floor, Orlando, FL 32801.


*/s/ Christopher K. Walker*
Christopher K. Walker
Balch & Bingham, LLP
50 N. Laura St., Suite 2100
Jacksonville, FL 32202
(904) 348-6879
cwalker@balch.com

*Counsel for Republic Finance, LLC*